# Court of Appeals
# of the State of Georgia

ATLANTA,____June 19, 2012____

*The Court of Appeals hereby passes the following order:*

**A12A0319. ROLLAND v. THE STATE.**

Keno Rolland was charged in a three-count accusation with driving under the influence of alcohol to the extent it was less safe for him to drive, driving under the influence of alcohol with an unlawful blood-alcohol concentration, and failing to maintain a single lane. A jury found him guilty of all three counts. The trial court imposed a 12-month sentence for the count of driving under the influence with an unlawful blood-alcohol concentration, but entered no sentence on the other two counts. This appeal followed.

"[W]hen multiple counts of an [accusation] are tried together and the trial court does not enter a written sentence on one or more of the counts, the case is still pending in the trial court and is not a final judgment under OCGA § 5-6-34 (a) (1)." *Keller v. State*, 275 Ga. 680, 681 (571 SE2d 806) (2002). Because the trial court did not enter a sentence on two of the counts of which Rolland was found guilty, this case is still pending in the trial court and is not ripe for appeal. Id.; *Bass v. State*, 284 Ga. App. 331, 332 (643 SE2d 851) (2007). Accordingly, the case is hereby remanded to the trial court. "With respect to each of the [three] counts of which [Rolland] was found guilty, the trial court is hereby directed to either (a) enter a written sentence, or (b) enter a written notation that the count merged into another for purposes of sentencing - thereby, in writing, disposing of all [the] counts of which [Rolland] was found guilty. After such entry, the case may be transmitted to this court for re-docketing because the notice of appeal, prematurely filed, then will have ripened. [Cits.]" *Bass*, supra.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 06/19/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*